# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Michael Lee Gordon

                              **CIVIL NUMBER:  4:25-cv-00080-SMR**

      Petitioner,

v.                                 **JUDGMENT IN A CIVIL CASE**

Federal Bureau of Prisons

      Respondent,

☑ **DECISION BY COURT**.  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is dismissed. Judgment entered in favor of respondent against petitioner. Case closed.

Date: October 21, 2025

                                                    CLERK, U.S. DISTRICT COURT

                                                    /s/ B.German
                                                    _____

                                                    By: Deputy Clerk